UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY SNOW ) | CIVIL ACTION NO.: 05-11582-PBS |
|     Petitioner ) | |
|   v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
|     Respondent | |

MOTION TO CONTINUE THE DATE BY WHICH GOVERNMENT'S
RESPONSE TO PETITIONER'S MOTION FOR CORRECTION OF SENTENCE IS DUE

    The United States of America hereby moves to continue the date by which its response to Petitioner Anthony Snow's *Motion for Correction of Sentence* is due.  As grounds for this motion the government  states that Anthony Snow filed a *Motion for Correction of Sentence* dated July 8, 2005.  On August 2, 2005, this Court ordered the government to respond to Petitioner's motion within 20 days of its receipt of the Court's Order.  The government promptly ordered a copy of the transcript of Petitioner's sentencing hearing in order to assess the validity of Petitioner's claims.  The government has not yet received a copy of that transcript. Consequently, the government moves to continue the date by which its response to Petitioner's motion is due to 20 days following the government's receipt of the transcript of petitioner's sentencing hearing.  The government submits that granting this request for a continuance will not

prejudice the parties and will serve the interests of justice.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                           By:   /s/ Emily R. Schulman
                                          EMILY R. SCHULMAN
                                          Assistant U.S. Attorney

August 29, 2005

## CERTIFICATE OF SERVICE

    I, Emily R. Schulman, hereby certify that I served a copy of the foregoing pleading by first-class mail on Anthony Snow, Reg. No. 24639-038, FMC Devens, PO Box 879, Ayer, MA 01432 on this date.

                                          /s/ Emily R. Schulman
                                          EMILY R. SCHULMAN
                                          Assistant U.S. Attorney