UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY SNOW,<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | CIVIL ACTION NO. 05-11582-PBS |

**ORDER**

Saris, U.S.D.J.

    Habeas petitioner contends that this Court should revise his sentence because the offense level should have been 18, not 20. After a review of the Presentence Report, the sentencing transcript, and the government's memorandum, I find there was no error in the sentencing calculation. I enhanced by two levels for unauthorized transfer or use of a means of identification unlawfully to produce or obtain another means of identification under U.S.S.G. §2B1.1(b)(9)(c)(i) (PSR ¶84B). This enhancement was not objected to. The petition is **DENIED**.

                                            **S/PATTI B. SARIS**
                                            United States District Judge